

NUMBER 13-12-00336-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

REY ESQUIVEL D/B/A ESQUIVEL BAIL BONDS,　　　　　　　Appellant,

v.

THE STATE OF TEXAS,　　　　　　　　　　　　　　　　　Appellee.

### On Appeal from the 404th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez, Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Rey Esquivel d/b/a Esquivel Bail Bonds, filed an appeal from a judgment rendered against him in favor of appellee, The State of Texas. On June 5, 2012, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on April 23, 2012, and that the deputy district clerk, Freddy Cardoza, had notified this Court that appellant failed to make arrangements for payment of the

clerk's record.   The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.   *See* Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On June 5, 2012, the Clerk of the Court notified appellant that he was delinquent in remitting a $175.00 filing fee.   The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter.   *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* Tex. R. App. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
12th day of July, 2012.

2